PATRICK H. HICKS, ESQ., Bar # 004632
HILARY B. MUCKLEROY, ESQ., Bar # 9632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email: phicks@littler.com
Email: hmuckleroy@littler.com

Attorneys for Defendants
TERRIBLE HERBST, INC. and JETT GAMING, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARDEL P. CALLOWAY,<br><br>Plaintiff,<br><br>vs.<br><br>TERRIBLE HERBST, INC. A Nevada corporation; and JETT GAMING, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:18-cv-02383-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff MARDEL P. CALLOWAY and Defendants TERRIBLE HERBST, INC. and JETT GAMING, LLC, by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of January 18, 2019 up to and including **January 25, 2019**.

Such extension is necessary in light of the fact that Defendants' counsel was only recently retained. The additional time will allow Defense counsel to continue to analyze the Complaint and prepare a sufficient responsive pleading.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: January 10, 2019

Respectfully submitted,

/s/ Robert P. Spretnak
ROBERT P. SPRETNAK, ESQ.
LAW OFFICES OF ROBERT P. SPRETNAK

Attorney for Plaintiff
MARDEL P. CALLOWAY

Dated: January 10, 2019

Respectfully submitted,

/s/ Hilary B. Muckleroy
PATRICK H. HICKS, ESQ.
HILARY B. MUCKLEROY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
TERRIBLE HERBST, INC. and JETT GAMING, LLC

**ORDER**

       **IT IS SO ORDERED.**

Dated: January 11, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

FIRMWIDE:161744965.1 036579.1000