PATRICK H. HICKS, ESQ., Bar # 004632
HILARY B. MUCKLEROY, ESQ., Bar # 9632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811Terrible
Email: phicks@littler.com
Email: hmuckleroy@littler.com

Attorneys for Defendants
TERRIBLE HERBST, INC. and JETT GAMING, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARDEL P. CALLOWAY,<br><br>Plaintiff,<br><br>vs.<br><br>TERRIBLE HERBST, INC. A Nevada corporation; and JETT GAMING, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:18-cv-02383-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[FOURTH REQUEST]** |

Plaintiff MARDEL P. CALLOWAY and Defendants TERRIBLE HERBST, INC. and JETT GAMING, LLC, by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of February 22, 2019 up to and including **March 8, 2019**.

The parties are in communication regarding settlement, have exchanged settlement offers, and are nearing a possible resolution of the case. This extension is necessary to provide adequate time for the parties to pursue settlement and prepare an agreement.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the fourth request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: February 22, 2019

Respectfully submitted,

/s/ Robert P. Spretnak
ROBERT P. SPRETNAK, ESQ.
LAW OFFICES OF ROBERT P. SPRETNAK

Attorney for Plaintiff
MARDEL P. CALLOWAY

Dated: February 22, 2019

Respectfully submitted,

/s/ Hilary B. Muckleroy
PATRICK H. HICKS, ESQ.
HILARY B. MUCKLEROY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
TERRIBLE HERBST, INC. and JETT GAMING, LLC

**ORDER**

    **IT IS SO ORDERED.**

Dated: February 22, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

FIRMWIDE:162594838.1 036579.1026

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.