# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARDEL P. CALLOWAY,<br><br>    Plaintiff(s),<br><br>v.<br><br>TERRIBLE HERBST, *et al.*,<br><br>    Defendant(s). | Case No.: 2:18-cv-02383-APG-VCF<br><br>**Order**<br><br>[Docket No. 19] |

Pending before the Court is a stipulation to reschedule the Early Neutral Evaluation ("ENE"). Docket No. 19. The parties submit dates which extend the ENE past the 90 days in which the Court must conduct the session, as set forth in the Local Rules. Local Rule 16-6(d). Accordingly, the parties' stipulation to reschedule, Docket No. 19, is **DENIED** without prejudice. The parties shall resubmit a request with available dates that fall within the required period of time, no later than March 29, 2019, if the parties want to continue the currently schedule ENE.

IT IS SO ORDERED.

Dated: March 26, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1