LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff

LITTLER MENDELSON, P.C.
Patrick H. Hicks, Esq. (Bar No. 4632)
Z. Kathryn Branson, Esq. (Bar No. 11540)
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937
Telephone: (702) 862-8800
Fax: (702) 862-8811
Email: kbranson @ littler.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARDEL P. CALLOWAY,<br><br>    Plaintiff,<br><br>vs.<br><br>TERRIBLE HERBST, INC., a Nevada corporation; and JETT GAMING, LLC, a Nevada limited liability company,<br><br>    Defendants. | Case No.: 2:18-cv-02383-APG-VCF<br><br>**STIPULATION TO STAY DEADLINES** |

    Plaintiff MARDEL P. CALLOWAY and Defendants TERRIBLE HERBST, INC., a Nevada corporation, and JETT GAMING, LLC, a Nevada limited liability company, by and through their respective counsel of record, hereby stipulate and agree to stay all upcoming deadlines in this matter in light of the fact that the parties have reached a resolution of all claims pending before this Court in this matter. Specifically, the parties stipulate to extend the deadline for filing the Joint Pretrial Order in this matter which, currently, is due to be filed on November 4, 2019.

////

////

////

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

The parties further stipulate and agree to file all papers necessary to dismiss and close this matter by November 12, 2019, and that, if this cannot be accomplished by that deadline, to file the necessary Status Report with the Court advising the Court as to why this revised deadline could not be met.

DATED: 4 November 2019.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq.

Attorney for Plaintiff

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED: 4 November 2019.

LITTLER MENDELSON, P.C.

By: /s/ Z. Kathryn Branson
    Patrick H. Hicks, Esq.
    Z. Kathryn Branson, Esq.

Attorneys for Defendants

3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of November, 2019.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123